# UNITED STATES DISTRICT COURT
## District of Columbia



ROBERT ANDREW SPELKE

V.

ALBERTO GONZALEZ, Attorney General
Department of Justice

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01887

JUDGE: Richard J. Leon

DECK TYPE: Employment Discrimination

DATE STAMP: 11/*3*/2006

TO: (Name and address of Defendant)

Jeffrey Taylor
United States Attorney for the District of Colubmia
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin Byrnes
Wade & Byrnes, P.C.
616 N. Washington Street
Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         NOV 0 3 2006
CLERK                              DATE

*[signature]*
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11-13-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| PAUL SPALDING | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Sub Served GARY NAILS, Document Clerk, Authorized to accept. Documents refused at original service address $555 4¾ St. NW, Washington DC 20530 Documents Served AT: 501 3rd St. N.W., Washington DC 20001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-13-06
             Date             Signature of Server

Alliance Legal Services, Inc.
P.O. Box 523078
Springfield, VA 22152
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.