UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A SPELKE,<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-1887 (RJL)<br>) |
| ALBERTO R. GONZALES,<br>Defendant. | )<br>) |

## UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure Rule 6(b), Plaintiff, Robert A. Spelke, through his undersigned counsel, hereby respectfully submits the instant unopposed motion for an enlargement of time in the above-captioned action. The grounds for this motion are as follows:

1. On November 3, 2006, the Plaintiff filed his complaint in this action, and served the same to the Defendant on November 13, 2006. The Defendant was required to answer or otherwise respond to this complaint by January 12, 2007 and served a Motion to Dismiss or, in the Alternative, for Summary Judgment on January 9, 2007.

2. The deadline to respond to this motion is January 26, 2007. Notwithstanding the undersigned counsel's best efforts, several other litigation responsibilities, including a protracted arbitration involving 14,000 documents, will prevent a comprehensive response in the eleven days proscribed by LCvR 7. The Defendant's counsel has agreed to allow the Plaintiff an additional fourteen day extension to the time permitted by LCvR 7(d), with which to file a response, which will permit a response to the motion by February 9, 2007. Plaintiff respectfully requests that this court order this relief.

3. The limited relief sought by this motion will not cause this action to linger on the docket.

4.  A proposed order has been submitted with this motion for the convenience of this Court.

                                         Respectfully Submitted,
                                         Robert A. Spelke
                                         By Counsel

WADE & BYRNES P.C.

_____
Kevin Byrnes, DC Bar # 480195
616 N. Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this /16th day of January 2007, a true copy of the foregoing and proposed order was served on the Defendant by first class mail and by facsimile to:

Allen F. Loucks
Assistant U.S. Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4812
Facsimile: (410) 962-2310

                                          _____
                                          Kevin Byrnes, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A SPELKE,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-1887 (RJL) |
| ALBERTO R. GONZALES,<br>　　　Defendant. | )<br>)<br>) |

## ORDER

Upon consideration of the Plaintiff's unopposed motion for an enlargement of time, it is hereby

ORDERED that the Plaintiff's motion is GRANTED; and it is hereby further ORDERED that the Plaintiff shall have until February 9, 2007 to respond to the Defendant's motion to dismiss, or in the alternative, for summary judgment.

DATE:_____　　　　　_____

　　　　　　　　　　　　　　　　　　United States District Judge