UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT A SPELKE,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 06-1887 (RJL)** |
| ) | |
| **ALBERTO R. GONZALES,** ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2007, a CD ROM containing copies of Plaintiff's Exhibits A through O was directed to the Clerk of Court and to opposing counsel.

                                                                Respectfully Submitted,
                                                                ROBERT A. SPELKE
                                                                 By Counsel

WADE & BYRNES, P.C.

/s/ Kevin Byrnes
Kevin Byrnes, Esq.
616 North Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or mailed postage prepaid, this 9th day of February 2007 to:

Allen F. Loucks
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 2101

Jill Weisssman
Assistant General Counsel
General Counsel's Offi9ce
Executive Office of United States Attorneys
501 3rd Street, N.W.
Washington DC  20503

                                              /s/ Kevin Byrnes_____
                                              Counsel