IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT ANDREW SPELKE,**         :

    *Plaintiff,*         :

    v.         :         Civil No. 06-1887 (RJL)

**ALBERTO R. GONZALES,**         :

    *Defendant.*         :
             :

...o0o...

## CONSENT MOTION FOR EXTENSION OF TIME
## FOR REPLY MEMORANDUM

Now comes the defendant, by the undersigned counsel, and moves for an extension of time in which to file a reply memorandum in support of the motion to dismiss or, in the alternative, for summary judgment, up to and including March 2, 2007.

In support whereof, the defendant states:

1. The defendant has filed a motion to dismiss or, in the alternative, for summary judgment.

2. Plaintiff requested and received, with the consent of the defense, an extension in which to file an opposition.

3. Plaintiff filed his opposition by mail on February 9, 2007. The motion was received in the United States Attorney's Office in Baltimore on Monday, February 12, 2007. Unfortunately, the accompanying CD of exhibits referenced in plaintiff's opposition could not be read and plaintiff and the defense have been cooperating to

overcome this problem. Legible copies of plaintiff's exhibits were received on February 15.

4. The competing demands of other matters will prevent undersigned defense counsel from completing a reply memorandum within the time permitted in the Local Rules. The government is confident that a reply memorandum can be prepared within the amount of time requested herein.

5. The undersigned government counsel spoke by telephone with counsel for the plaintiff, Kevin Byrnes, Esq., on Friday, February 16, 2007 about this request. Mr. Byrnes graciously consented to the relief requested herein.

6. Counsel for the government can discern no unfair prejudice that would attend the granting of this request.

WHEREFORE the defendant respectfully requests that the Court extend the time for the filing of a reply memorandum up through and including March 2, 2007.

                              Respectfully submitted,

                              Rod J. Rosenstein
                              United States Attorney

Date: February 16, 2007        By:_____/s/_____
                              Allen F. Loucks
                              Assistant United States Attorney
                              36 South Charles Street, Fourth Floor
                              Baltimore, Maryland 21201
                              (410) 209-4800 – phone
                              (410) 962-2310 – fax
                              allen.loucks@usdoj.gov

Certificate of Service

I certify that on February 16, 2007 I caused a copy of the foregoing motion for extension of time and proposed order to be mailed, first class, postage prepaid to Kevin Byrnes, Esq., 616 N. Washington Street, Alexandria, Virginia 22314.

/s/
Allen F. Loucks
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT ANDREW SPELKE,** | : |
| *Plaintiff,* | : |
| v. | : Civil No. 06-1887 (RJL) |
| **ALBERTO R. GONZALES,** | : |
| *Defendant.* | : |
| | : |

...o0o...

## ORDER

UPON CONSIDERATION of the defendant's consent motion for extension of time in which to file a reply memorandum in support of the motion to dismiss or, in the alternative, for summary judgment, the record in this case and the applicable law, it is this ___ day of February, 2007:

ORDERED that the motion is granted; and it is further

ORDERED that the defendant may file a reply memorandum up through and including March 2, 2007.

_____
RICHARD J. LEON
United States District Judge