UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **ROBERT ANDREW SPELKE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALBERTO R. GONZALES,** )<br>)<br>Defendant. ) | Civil Case No. 06cv1887 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion above, it is this 26th day of September, 2007, hereby

**ORDERED** that the defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment [#5] is **GRANTED**, and it is further

**ORDERED** that this case be dismissed.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge