**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROBERT A SPELKE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1887 (RJL)** |
| | ) | |
| **ALBERTO R. GONZALES,** | ) | |
| **Defendant.** | ) | |

### NOTICE OF APPEAL

Notice is hereby given that the Plaintiff Robert A. Spelke in the above named case

hereby appeals to the United States Court of Appeals for the District of Columbia from

the order of on Motion to Dismiss, or in the Alternative, Summary Judgment, entered in

this action on September 27, 2007.

Respectfully Submitted,
ROBERT A. SPELKE
By Counsel

WADE & BYRNES, P.C.

/s/ Kevin Byrnes
Kevin Byrnes, Esq. DC Bar # 480195
616 North Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or mailed postage prepaid, this 13th day of November 2007 to:

Allen F. Loucks
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201

Jill Weisssman
Assistant General Counsel
General Counsel's Office
Executive Office of United States Attorneys
501 3rd Street, N.W.
Washington DC  20503

/s/ Kevin Byrnes_____
Counsel