# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5369**                                             **September Term, 2007**

06cv01887

Filed On: March 17, 2008

Robert Andrew Spelke,
    Appellant

v.

Michael B. Mukasey,
    Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 5/9/08

BY: _____, Deputy Clerk

ATTACHED: ___ Amending Order
             ___ Opinion
             ___ Order on Costs

**BEFORE:** Henderson, Rogers, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, the opposition thereto, which includes a motion to issue a briefing schedule and set a date for oral argument, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant does not address the district court's reasons for dismissing the retaliation claim or granting summary judgment for the appellee on the disability discrimination claim. Appellant, therefore, has not preserved these issues on appeal. See Terry v. Reno, 101 F.3d 1412, 1415 (D.C. Cir. 1996). As for the claim of age discrimination, appellant does not demonstrate that the reason proffered by the government for denying his job application was a pretext for discrimination, or that a reasonable trier of fact could infer discrimination based on the evidence. See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802-05 (1973); Hall v. Giant Food, Inc., 175 F.3d 1074, 1077 (D. C. Cir. 1999). Finally, the district court acted within its discretion in ruling on the motion to dismiss or for summary judgment without allowing discovery. See Strang v. United States Arms Control and Disarmament Agency, 864 F.2d 859, 861 (D.C. Cir. 1989). Appellant did not specify what evidence he hoped to discover or provide any specific reason to doubt the truthfulness of the affidavits submitted by the appellee in support of the motion. See id. It is

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
#### For The District of Columbia Circuit

No. 07-5369                          September Term, 2007

      **FURTHER ORDERED** that the motion to issue a briefing schedule and set a date for oral argument be dismissed as moot.

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>